# ALABAMA COURT OF CRIMINAL APPEALS



December 1, 2023

**CR-2023-0365**

Willie Kevin Williams v. State of Alabama (Appeal from Mobile Circuit Court: CC-11-2705.64, CC-11-2706.64, and CC-11-2707.64)

# NOTICE

You are hereby notified that on December 1, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk